UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KEITH RUSSELL JUDD                                        PLAINTIFF

VS.                                   CIVIL ACTION NO. 3:11CV351TSL-MTP

SECRETARY OF STATE OF MISSISSIPPI,                   DEFENDANTS
STATE OF MISSISSIPPI, ET AL.

## ORDER

It is hereby ordered that plaintiff's motion for relief from judgment is denied as patently frivolous.

SO ORDERED this the 2ND day of August, 2012.

                               /s/Tom S. Lee
                               UNITED STATES DISTRICT JUDGE